AO91 (Rev. 12/03) Criminal Complaint     **FELONY**     AUSA     United States Courts

# UNITED STATES DISTRICT COURT
Southern District of Texas
FILED

*June 12, 2025*

Southern District Of Texas Brownsville Division

Nathan Ochsner, Clerk of Court

**UNITED STATES OF AMERICA**
vs.

**CRIMINAL COMPLAINT**

Reymundo IBARRA-De La Cruz
A200 211 663 Mexico
AKA Reymundo Ibarra DE LA CRUZ, Reymundo De La Cruz IBARRA

Case Number: 1:25-MJ-489

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **June 10, 2025** in **Cameron** County, in the **Southern District Of Texas** defendant(s)

an alien who had previously been denied admission, excluded, deported, or removed, knowingly and unlawfully was present in the United States having been found in Cameron County, Texas, the said defendant having not obtained the consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission into the United States,

in violation of Title **8** United States Code, Section(s) **1326(a)(1)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

The defendant was encountered by Border Patrol agents conducting Linewatch operations near Brownsville, Texas on June 10, 2025. The defendant is a citizen and national of Mexico who was previously deported, excluded or removed from the United States on April 29, 2025. Record checks revealed that the defendant has not applied for permission from the proper Authorities to re-enter the United States.

Defendant possessed no funds at the time of arrest.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

Signature of Complainant

Torres, Jesus   Border Patrol Agent
Printed Name of Complainant

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed.R.Crim.P.4.1, on

June 12, 2025                               at    Brownsville, Texas
Date                                              City/State

Karen Betancourt     U.S. Magistrate Judge
Name of Judge        Title of Judge              Signature of Judge